UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INFORMATION NO.** 4:23CR-054 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 4 |
| **HAROLD JENKINS, JR.** | ) | Misprision of a Felony |

FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 3:38 pm, Jun 15, 2023

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
*Misprision of a Felony*
18 U.S.C. § 4

On or about October 29, 2020, in Chatham County, in the Southern District of Georgia, the defendant,

**HAROLD JENKINS, JR.,**

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, conspiracy to possess with intent to distribute and to distribute controlled substance in violation of 21 U.S.C. § 846, did conceal the same by providing a covert location for the distribution of controlled substances, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, Section 4.

JILL E. STEINBERG
UNITED STATES ATTORNEY

06/12/2023
Date

*E. Greg Gilluly, Jr.*
E. Greg Gilluly, Jr.
Deputy Chief, Criminal Division

06/12/2023
Date

*Darron J. Hubbard*
Darron J. Hubbard
IL Bar No. 6313078
Assistant United States Attorney